No. 09–10808. FRANKLIN *v.* CHATTERTON ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [561 U. S. 1022] denied.

No. 10–5221. ZERILLI-EDELGLASS *v.* NEW YORK CITY TRANSIT ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 10–5328. TILLMAN *v.* NEW LINE CINEMA ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.